Robert Lynn **CURTIS**, Petitioner–
Appellant,

v.

**H.R. POWELL**, Warden, Respondent–
Appellee.

No. 01–6107.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

Robert Lynn Curtis, pro se.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Robert Curtis appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Curtis v. Powell,* No. CA–00–1583–AM (E.D.Va. Nov. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*DISMISSED.*